United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORLANDO SANCHEZ DE TAGLE,
Plaintiff,

v.

OLIVIA NATALIE MENDOZA,
Defendant.

Case No. 26-cv-08292-VKD

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On August 31, 2026, the Court issued an order screening Mr. Sanchez de Tagle's complaint, staying service of process, and giving him leave to file an amended complaint by September 21, 2026. Dkt. No. 5. The order stated that "[i]f Mr. Sanchez de Tagle fails to file an amended complaint in time, or if the amended complaint fails to cure all defects described above, the Court may issue an order reassigning the case to a district judge with a recommendation that the complaint be dismissed in whole or in part." *Id*. at 3.

The September 21, 2026 deadline has passed, and the docket indicates that Mr. de Tagle has not filed an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). By **October 9, 2026**, Mr. Sanchez de Tagle shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute this case. If Mr. Sanchez de Tagle does not respond to this order by the October 9, 2026 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the complaint

//

United States District Court
Northern District of California

be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 28, 2026

Virginia K. DeMarchi
United States Magistrate Judge